### 9172. JACKSON *v.* MOORE.

BROYLES, P. J. Under the facts of the case the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED JANUARY 22, 1918.

Certiorari; from Fulton superior court—Judge Ellis. July 6, 1917.

*Louis H. Foster,* for plaintiff in error. *C. F. Wells,* contra.